**No. 10A110 (09-11225). Christopher Ysais, Applicant v. Bill Richardson, Governor of New Mexico, et al.**

561 U.S. 1052, 131 S. Ct. 52, 177 L. Ed. 2d 1142, 2010 U.S. LEXIS 5723.

September 3, 2010. Application for injunction, addressed to The Chief Justice and referred to the Court, denied.

**No. 08-1438. Harvey Leroy Sossamon, III, Petitioner v. Texas, et al.**

561 U.S. 1052, 131 S. Ct. 52, 177 L. Ed. 2d 1142, 2010 U.S. LEXIS 5719.

September 3, 2010. Motion of petitioner to dispense with printing the joint appendix granted. Justice Kagan took no part in the consideration or decision of this motion.

**No. 09-152. Russell Bruesewitz, et al., Petitioners v. Wyeth LLC, fka Wyeth, Inc., et al.**

561 U.S. 1052, 131 S. Ct. 52, 177 L. Ed. 2d 1142, 2010 U.S. LEXIS 5691.

September 3, 2010. Motion of the Acting Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted. Justice Kagan took no part in the consideration or decision of this motion.

**No. 09-329. Chase Bank USA, N.A., Petitioner v. James A. McCoy, Indi-**

**vidually and on Behalf of All Others Similarly Situated.**

561 U.S. 1052, 131 S. Ct. 53, 177 L. Ed. 2d 1142, 2010 U.S. LEXIS 5709.

September 3, 2010. Motion of petitioner to dispense with printing the joint appendix granted.

**No. 09-479. Kevin Abbott, Petitioner v. United States.**

561 U.S. 1052, 131 S. Ct. 53, 177 L. Ed. 2d 1142, 2010 U.S. LEXIS 5693.

September 3, 2010. Motion of petitioner for divided argument granted. Justice Kagan took no part in the consideration or decision of this motion.

**No. 09-7073. Carlos Rashad Gould, Petitioner v. United States.**

561 U.S. 1053, 131 S. Ct. 53, 177 L. Ed. 2d 1142, 2010 U.S. LEXIS 5724.

September 3, 2010. Motion of petitioner for divided argument granted. Justice Kagan took no part in the consideration or decision of this motion.

**No. 09-980. British American Tobacco (Investments) Limited, Petitioner v. United States, et al.**

561 U.S. 1054, 131 S. Ct. 57, 177 L. Ed. 2d 1142, 2010 U.S. LEXIS 5689.

September 3, 2010. Petition for rehearing denied. Justice Kagan took no part in the consideration or decision of this petition.

Former decision, 561 U.S. 1025, 130 S. Ct. 3502, 177 L. Ed. 2d 1090, 2010 U.S. LEXIS 5450.